**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| NICHOLE C. K.,<br><br>               Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL, Commissioner<br>of Social Security,<br><br>               Defendant. | CASE NO. CV 19-08783-AS<br><br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.


DATED:  January 14, 2021


                                          /s/
                                    ALKA SAGAR
               UNITED STATES MAGISTRATE JUDGE