| | |
|---|---|
| 1 | LISA C. GILINGER LAW OFFICES |
|   | LISA GILINGER |
| 2 | 635 N. Alisos Street |
|   | Santa Barbara, California 93103-2557 |
| 3 | Telephone Number:  805-568-5370 |
|   | Fax number: 805-568-5149 |
| 4 | E-mail: lisa@lisagilinger.com |
| 5 | Attorney for Plaintiff |
| 6 | TRACY L. WILKISON |
|   | Acting United States Attorney |
| 7 | DAVID M. HARRIS |
|   | Assistant United States Attorney |
| 8 | Chief, Civil Division |
|   | CEDINA M. KIM |
| 9 | Assistant United States Attorney |
|   | Senior Trial Attorney, Civil Division |
| 10 | |
| 11 | LYNN HARADA |
|    | Special Assistant United States Attorney |
| 12 |         Social Security Administration |
|    |         160 Spear Street, Suite 800 |
| 13 |         San Francisco, California 94105 |
|    |         Telephone:  (415) 977-`8977 |
| 14 |         E-Mail:  Lynn.Harada @ssa.gov |
| 15 | Attorneys for Defendant |

| | | |
|---|---|---|
| 16 | NICHOLE C. KLOCKO | CASE NO. CV 19-8783-AS |
|    |                   | ) |
| 17 |        Plaintiff, | ) |
|    | vs.               | ) [Proposed] ORDER AWARDING |
| 18 |                   | ) EAJA ATTORNEY FEES |
|    | ANDREW SAUL,      | ) |
| 19 | Commissioner, Social Security, | ) |
|    |        Defendant. | ) |
| 20 | | |
| 21 | | |

22          Based upon the parties' Stipulation for Award of EAJA Fees, IT IS ORDERED

23

-1-

1  that fees and expenses in the amount of $5,200.00 as authorized by 28 U.S.C. § 2412,
2  and costs in the amount of $0 as authorized by 28 U.S.C. § 2412(d), be awarded subject
3  to the terms of the Stipulation.

DATE: March 1, 2021

                                                           / s / Sagar
                                   HONORABLE ALKA SAGAR
                                   United States Magistrate Judge